FILED
July 16, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: _____RR_____
Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

Case No: SA:25-CR-00413-JKP

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v.<br><br>GREGORY GUZMAN<br><br>Defendant | **INDICTMENT**<br><br>COUNT 1: 18 U.S.C. § 1344(2) Bank Fraud<br><br>COUNTS 2-3: 18 U.S.C. § 1029(a)(2), (c)(1)(A)(i) Access Device Fraud<br><br>COUNTS 4-5: 18 U.S.C. § 1028A(a)(1) Aggravated Identity Theft |

**THE GRAND JURY CHARGES:**

**INTRODUCTION**

At all times material to this indictment:

1. Synchrony Bank is a financial institution whose deposits were insured by the Federal Deposit Insurance Corporation and whose activities affected interstate commerce.

2. TrustStamp is an identity verification system used by Synchrony Bank to verify the identity of its credit card holders and to remove blocks from credit cards that have been frozen due to suspected fraudulent activity.

3. To verify one's identity with the TrustStamp system, and get a credit card block removed, a customer must submit a picture of a government-issued identification card and an 8-second selfie video via a link previously sent to the account holder's phone number or email address.

## THE SCHEME TO DEFRAUD

4. Beginning on or about December 5, 2022, and continuing through on or about March 6, 2024, in the Western District of Texas and elsewhere within the jurisdiction of the Court, Defendant,

**GREGORY GUZMAN**

knowingly executed and attempted to execute a scheme and artifice to defraud and to obtain moneys, funds, credits, assets, securities, or other property owned by, or under the custody or control of a federally insured financial institution by means of materially false and fraudulent pretenses, representations, and promises.

## MANNER AND MEANS OF THE SCHEME TO DEFRAUD

5. It was a part of the scheme and artifice to defraud said federally insured financial institution that:

a. **GREGORY GUZMAN** unlawfully possessed mail matter that belonged to other persons, from which he obtained the identity of other persons, including names and Synchrony Bank credit card account numbers without the other persons' permission or knowledge.

b. **GREGORY GUZMAN** changed the mailing addresses associated with five other persons' credit card accounts and caused Synchrony Bank to mail the other persons' credit cards to addresses to which **GREGORY GUZMAN** had access.

c. **GREGORY GUZMAN** used five other persons' credit cards to make purchases totaling approximately $10,650 at stores in and around San Antonio, Texas.

d. **GREGORY GUZMAN** submitted fraudulent identity verification information eleven times, in the form of altered Texas Driver's Licenses of five other persons, to Synchrony

Bank's TrustStamp authentication process to remove or attempt to remove any blocks on the credit cards due to fraudulent activity.

## EXECUTION OF THE SCHEME

## COUNT ONE

**[Bank Fraud]**
**[18 U.S.C. § 1344(2)]**

6. The preceding paragraphs in this Indictment are realleged and incorporated by reference as though fully set forth herein.

7. On or about the date listed below, in the Western District of Texas and elsewhere within the jurisdiction of the Court, Defendant,

**GREGORY GUZMAN,**

did, for the purpose of attempting to execute and executing the aforementioned scheme and artifice to defraud Synchrony Bank and to obtain moneys, funds, credits, assets, securities or other property owned by, or under the custody and control of Synchrony Bank, a federally insured financial institution, by means of materially false and fraudulent pretenses, representations, and promises, submit to Synchrony Bank's TrustStamp system an altered Texas driver's license containing **GUZMAN**'s picture along with the name and address of another person as set forth below:

| Date | Other Person | Material False Representation |
|---|---|---|
| March 11, 2023 | G.G. | Altered Texas Driver's License |

All in violation of Title 18, United States Code, Section 1344 (2).

## COUNTS TWO and THREE

### [Access Device Fraud]
### [18 U.S.C. § 1029(a)(2), (c)(1)(A)(i)]

8. The preceding paragraphs in this Indictment are realleged and incorporated by reference as though fully set forth herein.

9. On or about the dates listed below, in the Western District of Texas and elsewhere within the jurisdiction of the Court, Defendant,

**GREGORY GUZMAN,**

did knowingly and with intent to defraud, use the credit card of another person, and by such conduct, from on or about March 6, 2023, and ending on or about March 11, 2023, obtain more than $1,000 worth of goods, said use affecting interstate and foreign commerce, in that the credit card usage did transmit and did cause to be transmitted wire and radio communications in interstate and foreign commerce, as set forth below:

| Count | Date | Other Person | CC last 4 | Location | Amount |
|---|---|---|---|---|---|
| 2 | March 6, 2023 | G.G. | 0353 | Lowe's #1625 | $2422.10 |
| 3 | March 11, 2023 | G.G. | 0353 | Lowe's #1645 | $370.61 |

All in violation of 18 U.S.C. § 1029(a)(2) and (c)(1)(A)(i).

### COUNTS FOUR and FIVE
### [Aggravated Identity Theft]
### [18 U.S.C. § 1028A(a)(1)]

10. The preceding paragraphs in this Indictment are realleged and incorporated by reference as though fully set forth herein.

11. On or about the dates listed below, in the Western District of Texas and elsewhere within the jurisdiction of the Court, Defendant,

**GREGORY GUZMAN,**

did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person, to wit: a credit card in the name of that person, G.G., during and in relation to a felony violation of Title 18, United States Code, Section 1029(a)(2), (c)(1)(A)(i), namely Access Device Fraud, as set forth below:

**Credit Card**

| Count | Date | Other Person | CC last 4 | Location | Amount |
|---|---|---|---|---|---|
| 4 | March 6, 2023 | G.G. | 0353 | Lowe's #1625 | $2422.10 |
| 5 | March 11, 2023 | G.G. | 0353 | Lowe's #1645 | $370.61 |

All in violation of Title 18, United States Code, Section 1028A(a)(1).

A TRUE BILL

FOREPERSON OF THE GRAND JURY

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

By:  _____
For:    JAY PORIER
          Special Assistant United States Attorney